# Exhibit A

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 2 | *Transfer Date Range: 05-18-2019 through 08-15-2019* | | | | | | |
| 3 | | | | | | | |
| 4 | **TRANSFEROR DEBTOR-AVENUE STORES, LLC** | | | | | | |
| 5 | *Vendor:* | | | | | | |
| 6 | | SOHO APPAREL LTD | | | | | |
| 7 | | CAMERON INDUSTRIES INC 525 7TH | | | | | |
| 8 | | AVE SUITE 609 NEW YORK NY 10018 | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | **Payment #** | **Payment Date** | **Clear Date** | **Payment Amount** | **Invoice #** | **Invoice Date** | **Invoice Amount** |
| 12 | 684720 | 05/22/2019 | 05/30/2019 | $      34,499.56 | 034950-2019 | 05/06/2019 | -$       1,191.45 |
| 13 | 684720 | 05/22/2019 | 05/30/2019 | 34,499.56 | 034992-2019 | 05/13/2019 | -   573.30 |
| 14 | 684720 | 05/22/2019 | 05/30/2019 | 34,499.56 | 112877-2019 | 04/23/2019 | 29,540.80 |
| 15 | 684720 | 05/22/2019 | 05/30/2019 | 34,499.56 | 112878-2019 | 04/23/2019 | 7,581.26 |
| 16 | 684720 | 05/22/2019 | 05/30/2019 | 34,499.56 | 12562-2019 | 05/06/2019 | -   375.75 |
| 17 | 684720 | 05/22/2019 | 05/30/2019 | 34,499.56 | 12562REV | 05/17/2019 | 375.75 |
| 18 | 684720 | 05/22/2019 | 05/30/2019 | 34,499.56 | PT0023001-2019 | 03/28/2019 | -   178.59 |
| 19 | 684720 | 05/22/2019 | 05/30/2019 | 34,499.56 | PT0023063-2019 | 04/11/2019 | -    60.76 |
| 20 | 684720 | 05/22/2019 | 05/30/2019 | 34,499.56 | PT0023112-2019 | 04/18/2019 | -   301.89 |
| 21 | 684720 | 05/22/2019 | 05/30/2019 | 34,499.56 | PT0023147-2019 | 04/25/2019 | -    35.86 |
| 22 | 684720 | 05/22/2019 | 05/30/2019 | 34,499.56 | PT0023161-2019 | 04/25/2019 | -   115.56 |
| 23 | 684720 | 05/22/2019 | 05/30/2019 | 34,499.56 | PT0023268-2019 | 05/09/2019 | -     3.08 |
| 24 | 684720 | 05/22/2019 | 05/30/2019 | 34,499.56 | PT0023326-2019 | 05/16/2019 | -     3.08 |
| 25 | 684720 | 05/22/2019 | 05/30/2019 | 34,499.56 | PT0023333-2019 | 05/16/2019 | -   158.93 |
| 26 | 685130 | 05/29/2019 | 06/05/2019 | 21,828.81 | 112879-2019 | 04/23/2019 | 21,828.81 |
| 27 | 685522 | 06/05/2019 | 06/12/2019 | 19,031.16 | 035052-2019 | 06/03/2019 | -   645.84 |
| 28 | 685522 | 06/05/2019 | 06/12/2019 | 19,031.16 | 113329-2019 | 05/03/2019 | 2,192.58 |
| 29 | 685522 | 06/05/2019 | 06/12/2019 | 19,031.16 | 113330-2019 | 05/03/2019 | 10,456.92 |
| 30 | 685522 | 06/05/2019 | 06/12/2019 | 19,031.16 | 113331-2019 | 05/03/2019 | 7,027.50 |
| 31 | **TOTAL** | | | $      75,359.53 | 7 | | |