## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AS WIND DOWN LLC (f/k/a Avenue Stores, LLC), et al, | ) ) ) | Case No. 19-11842 (LSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| DAVID W. CARICKHOFF, TRUSTEE, | ) ) | |
| Plaintiff, | ) | Adversary No. 21-50454 |
| v. | ) | |
| | ) | **Re: Docket Nos. 1, 2 and 4** |
| SOHO APPAREL LTD, | ) | |
| Defendant. | ) ) ) | |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Plaintiff, David W. Carickhoff, in his capacity as Chapter 7 Trustee (the "Plaintiff"), for the above-captioned debtors (the "Debtors") by and through its undersigned counsel, hereby requests that a default be entered against defendant Soho Apparel LTD ("Defendant"), in the above-captioned adversary proceeding based on the details of the *Declaration of Counsel in Support of Plaintiff's Request for Entry of Default* (the "Declaration") filed concurrently herewith, and the *Adversary Complaint for Avoidance and Recovery Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550 and Objection to Scheduled Claims,* with accompanying *Summons* and *Certificate of Service*, attached to the Affidavit as Exhibit 1. A form of *Entry of Default* is attached hereto as **Exhibit A**.

Dated: October 14, 2021     */s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Peter J. Keane (DE Bar No. 5503)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
        acaine@pszjlaw.com
        pkeane@pszjlaw.com

*Special Counsel to Plaintiff, David W. Carickhoff, Chapter 7 Trustee for the Estates of AS Wind Down LLC, et al.*